WILLIAM E. WIENER, INC., v. ISAAC ADLER.— Motion to dismiss appeal granted,

**57**

with ten dollars costs, unless appellant complies with terms of order.   Present —
Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

JOSEPH GOLDMAN, as Administrator, etc., v. BORDEN'S CONDENSED MILK
COMPANY.— Motion to dismiss appeal granted, with ten dollars costs.   Present —
Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.